UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 12 B 43900 |
| JO ANNE CARLSON | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |

## FINAL PRETRIAL ORDER
### RE: Debtor's Motion for Sanctions Against William Messner for Violation of the Automatic Stay and to Waive Local Rule 5005-3 (D) (Doc. No. 15) Regarding Damages

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before August 12, 2013, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before August 12, 2013, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial/Evidentiary hearing is set for August 19, 2013 at 10:00 a.m. in Courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

**ENTERED:**

DATE: 30 JUL 2013

Donald R. Cassling
United States Bankruptcy Judge